# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

2005 SEP 15  AM 11: 14

CLERK
SO.      GA.

GRASS AMERICA, INC.,           )
                               )
               Plaintiff,      )
                               )
vs.                            )     Civil Action No. **CV505-068**
                               )
HARDWARE RESOURCES, INC.,      )
                               )
               Defendant.      )

## COMPLAINT FOR PATENT INFRINGEMENT

The undersigned, counsel of record for Plaintiff Grass America, Inc. ("Grass

America"), certifies that the following is a full and complete list of the parties in this action:

> Plaintiff:  Grass America, Inc.
> Defendant:  Hardware Resources, Inc.

The undersigned further certifies that the following is a full and complete list of

officers, directors, or trustees of Plaintiff Grass America:

> President:  Charles White
> Vice President-Treasurer:  Kenneth W. Boyles
> Secretary:  Christoph Lange

The undersigned further certifies that the following is a full and complete list

of officers, directors, or trustees of Defendant Hardware Resources, Inc. presently

known to Plaintiff:

> Director:  Mark Jeffrey Lowe
> Director:  Thomas Kelpin
> Director:  Tammie Lowe
> Secretary:  Tammie Lowe

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations or organizations that have a financial interest in or other interest which could be substantially affected by the outcome of this case (including as a partnership, parent or holding company or similar relationship).

None known to Plaintiff.

Plaintiff Grass America, Inc. ("Grass America") complains against Defendant Hardware Resources, Inc. ("HRI") as follows:

## NATURE OF COMPLAINT

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 1, *et seq.*  Plaintiff seeks preliminary and permanent injunctive relief and monetary damages against Defendant HRI.

## PARTIES, JURISDICTION AND VENUE

2.      Plaintiff Grass America is a corporation organized and existing under the laws of the State of North Carolina with an address at 1202 Hwy. 66 S. Kernersville, North Carolina 27284.  Grass America is engaged in the business of designing, manufacturing, offering for sale, and selling concealed hinges.

3.      On information and belief, Defendant HRI is a corporation organized and existing under the laws of the State of Louisiana and having an address at 4319 Marlena, Bossier City, LA  71111.  HRI is engaged in the business of offering for sale and selling concealed hinges in this judicial district and elsewhere in the United States.

2

4.     This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338.  Defendant HRI is subject to personal jurisdiction in this Court and venue is proper in this District pursuant to 28 U.S.C. § 1391 and 1400.

## FACTUAL BACKGROUND

**A.     The Grass America Business.**

5.     Grass America is a leading manufacturer of functional hardware including concealed hinges, drawer slides and glides, undermount drawer slides, full extension drawer slides, ready to assemble hardware, and institutional hinges.  Concealed hinges comprise a substantial portion of Grass America's sales, and Grass America has aggressively pursued patent protection for recent innovations in concealed hinge technology.  In the concealed hinge market in the United States, Grass America is one of a handful of hardware manufacturers who are competing for the position of "market leader".  Any decrease in sales by one company provides a substantial opportunity for their competitors.

**B.     The Patents-In-Suit.**

6.     U.S. Patent No. 6,167,590 (the "'590 Patent"), issued by the United States Patent Office on January 2, 2001, is entitled "Furniture Hinge Mounting Plate", and names as inventor Georg Domenig.  A true and correct copy of the '590 Patent is attached hereto as Exhibit A.

7.     In accordance with 35 U.S.C. § 282, the '590 Patent is presumed to be valid.

8.     Grass America was assigned all right, title and interest in the '590 Patent by the inventor, Mr. Domenig, including the right to enforce against others.

3

9.      U.S. Patent No. 6,170,121 (the "'121 Patent"), issued by the United States Patent Office on January 9, 2001, is entitled "Furniture Hinge Mounting Plate", and names as inventor Georg Domenig.  A true and correct copy of the '121 Patent is attached hereto as Exhibit B.

10.     In accordance with 35 U.S.C. § 282, the '121 Patent is presumed to be valid.

11.     Grass America was assigned all right, title and interest in the '121 Patent by the inventor, Mr. Domenig, including the right to enforce against others.

**C.      Defendant's Unlawful Activities.**

12.     Defendant is engaged in the business of using, offering for sale, or selling hinges, which hinges embody the inventions claimed under the '590 Patent and the '121 Patent.

13.     Specifically, Defendant is selling a concealed hinge mounting bracket covered by one or more of the claims of the '590 Patent, and by one or more of the claims of the '121 Patent.  The mounting bracket is incorporated into a hinge assembly including a hinge cup bearing the HRI trademark "HR".  Photographs, including a top, side and rear view of one of the infringing hinge plates is attached hereto as Exhibit C.

14.      Grass America has not granted to HRI a license or any other right to use, offer for sale, or sell hinges as described by any claim of either the '590 Patent or the '121 Patent.

<u>**COUNT ONE**</u>
<u>**PATENT INFRINGEMENT**</u>

15.     Plaintiff incorporates by reference and repeats the averments set forth in paragraphs 1 though 14 as if fully set forth herein.

4

16.     HRI has directly infringed upon the '590 Patent and the '121 Patent by using, selling and offering for sale products which embody the inventions claimed under the '590 Patent and the '121 Patent.

17.     Grass America's reputation as a leader in the manufacture of furniture hinges such as those described in the '590 Patent and the '121 Patent will be irreparably harmed by the sale, offer for sale, and use of the infringing product of Defendant.

18.     The continued use, offer for sale, or sale by Defendant, its distributors or affiliates of the infringing furniture hinges will cause erosion of Grass America's market share which cannot be recaptured due to market conditions and cannot be adequately compensated by money damages.

19.     HRI's infringing actions have irreparably injured and will continue irreparably to injure and damage Plaintiff Grass America.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Grass America, Inc., prays for relief as follows:

1.      A preliminary and permanent injunction preventing Defendant Hardware Resources, Inc., its officers, agents, servants, subcontractors, suppliers, employees, distributors, dealers and all other persons acting in concert or participation with it or them or controlled by it or them from further acts of infringement, either direct, contributory or by active inducement.

2.      An award of damages, together with interest and costs, to compensate Plaintiff for the infringement by the Defendant, including Grass America's lost profits, damage to reputation and the total profit obtained by Defendant as required under 35 U.S.C. §§ 284,

289 and 15 U.S.C. § 1117, any monetary award to be increased three times the amount found

or assessed in accordance with Title 35 and Title 15 of the United States Code;

3.     An award of reasonable attorneys' fees incurred by Plaintiff, as provided in 35

U.S.C. § 285; and

4.     Such other and further relief as may be permitted by law.

**DEMAND FOR JURY TRIAL**

Plaintiff herein make its demand for trial by jury of all issues in this action pursuant to

Rules 28 and 39 of the Federal Rules of Civil Procedure.

This the 15th day of September 2005.

Raymond G. Chadwick
Ga. State Bar No. 118475
Laurel P. Landon
Ga. State Bar No. 718407

KILPATRICK STOCKTON LLP
PO Box 2043
Augusta, GA  30903
Telephone:  (706) 724-266
Facsimile:  (706) 722-0219

*Attorneys for Plaintiff Grass America, Inc.*



US006167590B1

(12) **United States Patent**
Domenig

(10) Patent No.: **US 6,167,590 B1**
(45) Date of Patent: **Jan. 2, 2001**

(54) **FURNITURE HINGE MOUNTING PLATE**

(75) Inventor: **Georg Domenig**, Kernersville, NC (US)

(73) Assignee: **Grass America, Inc.**, Kernersville, NC (US)

(*) Notice: Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/316,880**

(22) Filed: **May 21, 1999**

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/271,694, filed on Mar. 18, 1999.

(51) Int. Cl.[7] ............................................. **E05D 5/00**
(52) U.S. Cl. ................... **16/382**; 16/236; 16/252
(58) Field of Search ............................. 16/382, 252, 235, 16/236, 239, 240, 289, 392, 390, 391

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 695,666 | * 3/1902 | Bommer | 16/252 |
| 936,090 | * 10/1909 | Collins | 16/252 |
| 1,145,521 | * 7/1915 | Stock | 16/252 |
| 2,624,067 | * 1/1953 | Tassell | 16/389 |
| 2,853,747 | * 9/1958 | Anderson | 16/389 |
| 3,171,157 | * 3/1965 | Loughlin | 16/252 |
| 3,439,377 | * 4/1969 | Bucholz | 16/389 |
| 3,591,247 | * 7/1971 | Berry | 16/389 |
| 5,067,200 | * 11/1991 | Stowell et al. | 16/247 |
| 5,327,616 | * 7/1994 | Lautenschlager | 16/382 |
| 5,355,559 | * 10/1994 | Bowers et al. | 16/389 |
| 5,375,297 | * 12/1994 | Lautenschlager et al. | 16/249 |
| 5,392,493 | * 2/1995 | Youngdale | 16/237 |
| 5,454,144 | * 10/1995 | Rupprecher | 16/382 |
| 5,603,142 | * 2/1997 | Dubach et al. | 16/247 |
| 5,617,612 | * 4/1997 | Ferrari et al. | 16/278 |
| 5,655,261 | * 8/1997 | Cress | 16/286 |

* cited by examiner

*Primary Examiner*—Chuck Y. Mah
(74) *Attorney, Agent, or Firm*—Kilpatrick Stockton, LLP

(57) **ABSTRACT**

A mounting plate for a furniture hinge includes a hinge plate which is adapted to be pivotally connected to a hinge component, such as a hinge cup, a flange depending from one of the opposing edges of the hinge plate, and at least one, and preferably two fastener openings formed in the flange. The flange forms substantially a 90 degree angle with the hinge plate and depends a distance from the hinge plate that is at least as great as, or equal to, or greater than the width of the hinge plate. The fastener openings are disposed nearer to the lower edge of the flange than the upper edge.

**23 Claims, 6 Drawing Sheets**



Case 5:05-cv-00068-WTM-JEG   Document 1   Filed 09/15/05   Page 8 of 26



FIG. 1

Case 5:05-cv-00068-WTM-JEG   Document 1   Filed 09/15/05   Page 9 of 26



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG 7



FIG 6



FIG. 8



FIG. 10



FIG. 9



FIG. 11



FIG. 12



FIG. 13

US 6,167,590 B1

1

# FURNITURE HINGE MOUNTING PLATE

## CROSS REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part application of U.S. patent application Ser. No. 09/271,694 filed Mar. 18, 1999.

## FIELD OF THE INVENTION

The present invention relates generally to furniture hinges, and more particularly, to a mounting plate for mounting a hinge on a furniture article, such as a desk of cabinet, which in turn supports a door on the furniture article.

## BACKGROUND OF THE INVENTION

In the cabinetry industry, a typical construction feature, for example, in cabinets which are provided with doors, is a face frame on which the door is supported and hinged. The face frame members are affixed, for example, to an opening in the cabinet, and a pair of concealed hinges are affixed to an edge one of the face frame members and the door. Typically, the face frame member to which the hinges are affixed is made of a relatively strong material, such as hardwood, and has a thickness in the range, for example of about one-half inch to about five-eighths inch to about three fourths inch.

A customary mounting method of affixing the concealed hinge to the face frame member utilizes a hinge mounting plate which is positioned on an edge of the face frame member and fastened to the face frame member with one or more fasteners, such as fastening screws, inserted through one or more openings in the mounting plate and into, for example, one or more corresponding pre-drilled holes in the face frame member. Alternatively, the face frame may be omitted entirely, in frameless cabinets, and the hinge plate may be affixed directly to an edge of a cabinet wall member in a substantially similar way.

The customary method of affixing concealed hinges works well, for example, on cabinet components made of relatively strong materials, such as hardwood. However, serious problems are encountered when attempts are made to employ the customary method of affixing concealed hinges, for example, to less expensive materials, which are not as strong as hardwood, such as medium density fiberboard (MDF). For example, attempts to employ the customary method of affixing concealed hinges in cabinetry by the manufactured home or mobile home industry, where MDF is typically used, have been unsuccessful.

Reasons for the lack of success in the manufactured home or mobile home industry are, for example, that when fasteners, such as fastening screws, are used in an edge of an MDF cabinet component, such as a face frame member, which ranges in thickness from about one-half inch to about five-eighths inch to about three-fourths inch (but which is most typically about one-half inch), the fastener tends to cause the cabinet component to split, and the fastener tends to pull out of the cabinet component under the weight of the door supported by the hinge. Accordingly, other types of hinges, such as surface mounted hinges, are typically used for such purposes, rather than more esthetically pleasing edge mounted concealed hinges.

## SUMMARY OF THE INVENTION

It is a feature and advantage of the present invention to provide a furniture hinge for a mounting plate which is

2

inexpensive to make, easy to use, and which enables use, for example, of concealed, edge-mounted type hinges on relatively weak and/or relatively thin cabinet components.

To achieve the stated and other features, advantages and objects of the present invention, an embodiment of the present invention provides a mounting plate for a furniture hinge which includes a hinge plate with opposing edges and opposing ends, and which is adapted to be pivotably connected to a hinge component, such as a hinge cup, at least one pair of opposing legs depending from the opposing edges of the hinge plate, and a fastener opening formed in the hinge plate between the opposing legs. The opposing legs depend from the hinge plate parallel to one another, are spaced apart from one another by a predetermined distance, and at least one of the opposing legs extends from the hinge plate a distance which is at least as great as the predetermined distance by which the opposing legs are spaced from one another, or the opposing legs can extend from the hinge plate a distance which is equal to the predetermined distance by which the opposing legs are spaced from one another.

In an embodiment of the present invention, in order to accommodate mounting on a cabinet component of a type used in manufactured or mobile homes made, for example, of relatively thin particle board, the opposing legs are spaced from one another by a distance of about one-half inch, more or less. Further, the fastener opening is centered on the hinge plate between the opposing legs. Each of the opposing legs has a distal end portion, and the distal end portions can be flared apart from one another to facilitate mounting on the furniture component. In order to accommodate vertical adjustment of a door supported by the hinge on a cabinet component, the fastener opening can be elongated. A hinge arm extends from one of the opposing edges of the mounting plate and is pivoted to the hinge component, such as the hinge cup, which is fastened, for example, in a recess formed in the door.

In an embodiment of the present invention, the hinge plate also has a second pair of opposing legs depending from the opposing edges of the hinge plate and a second fastener opening formed in the hinge plate between the second pair of opposing legs. The respective pairs of opposing legs are spaced apart from one another and depend from the opposing edges adjacent the opposing ends of the hinge plate. The opposing legs of each pair depend parallel to one another, and the opposing legs of each pair are spaced apart from one another by a predetermined distance, and at least one opposing leg of each pair extends from the hinge plate a distance which is at least as great as the predetermined distance.

In an embodiment of the present invention, in order to accommodate mounting on a cabinet component of the type used in manufactured or mobile homes, the opposing legs of each pair are spaced from one another a distance of about one-half inch, more or less. Further, each of the fastener openings is centered on the hinge plate between the opposing legs of each pair of opposing legs. Each of the opposing legs has a distal end portion which can be flared apart from one another to accommodate mounting on a furniture component. Each fastener opening is elongated to allow vertical adjustment of the door relative to the furniture component, and a hinge arm extends from one of the opposing edges of the mounting plate and is pivoted to the hinge cup.

The mounting plate for another embodiment of the present invention includes a hinge plate with opposing edges and opposing ends and adapted to be pivotably connected to a hinge component, such as a hinge cup. A flange depends from one of the opposing edges of the hinge plate and has

US 6,167,590 B1

3

an upper edge and a lower edge and at least one fastener opening formed in the flange. A hinge arm extends from the other of the opposing edges of the hinge plate, and the hinge cup is pivoted to the hinge arm. The hinge plate and the depending flange together define a substantially L-shaped cross section, with the flange depending at an angle of substantially 90 degrees relative to the hinge plate. The opposing edges of the hinge plate are spaced from one another by a distance which determines a width of the hinge plate, and the flange depends from the hinge plate by a distance which is one of at least as great as the width of the hinge plate, equal to the width of the hinge plate, or greater than the width of the hinge plate. In any of such cases, the width of the hinge plate can vary from substantially one-half inch, to substantially five-eighths inch, to substantially three-fourths inch.

Additionally, in such embodiment, the flange has portions defining at least one fastener opening, which is disposed proximate or near the lower edge of the flange, for example, nearer to the lower edge of the flange than the upper edge of the flange. Further, the flange has a second fastener opening spaced from the at least one fastener opening and similarly disposed relative to the upper and lower edges of the flange. The fastener openings are elongate and can be closed, can include projections in the opening for supporting a pre-mounted fastening screw, or can be open to the lower edge of the flange. Further, the hinge plate can also include one or two tabs, depending from the edge of the hinge plate opposite the edge from which the flange depends, each of which tabs depends a distance which is substantially less than the distance by which the flange depends from the hinge plate.

Additional objects, advantages and novel features of the present invention will be set forth in part in the description which follows, and in part will become more apparent to those skilled in the art upon examination of the following or may be learned by practice of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a perspective view of a hinge for an embodiment of the present invention;

FIG. 2 shows a perspective view of the hinge of FIG. 1 mounted on a cabinet component, such as a face frame member, and a cabinet door for an embodiment of the present invention;

FIG. 3 is a side view of a hinge plate of the hinge mounted on the face frame member, as shown in FIG. 2, for an embodiment of the present invention;

FIG. 4 is a side view of a hinge plate of an alternate embodiment of the hinge mounted on the face frame member for an embodiment of the present invention;

FIG. 5 shows a rear perspective view of a hinge plate for another embodiment of the present invention;

FIG. 6 shows a front perspective view of the hinge plate of FIG. 5;

FIG. 7 shows a side view of the hinge plate of FIG. 5 mounted on the face frame member for an embodiment of the present invention;

FIG. 8 shows a rear perspective view of a hinge plate for an additional embodiment of the present invention;

FIG. 9 shows a front perspective view of the hinge of FIG. 8 for an embodiment of the present invention;

FIG. 10 shows a side view of the hinge plate of FIG. 8 mounted on the face frame member for an embodiment of the present invention;

4

FIG. 11 shows an elevational view of the rear flange with a fastener opening arrangement for an embodiment of the present invention;

FIG. 12 shows an elevation view of the rear flange with an alternative fastener opening arrangement for an embodiment of the present invention; and

FIG. 13 shows an elevational view of the rear flange with another alternative fastener opening arrangement for an embodiment of the present invention.

DETAILED DESCRIPTION

Referring now in detail to an embodiment of the present invention, an example, of which is illustrated in the accompanying drawings, FIG. 1 shows a perspective view of the hinge 2 for an embodiment of the present invention. The hinge 2 includes a hinge cup 4 which is mountable, for example, to a face of a cabinet door and a hinge arm 6, which is pivotably connected to the hinge cup 4. The hinge arm 6 extends from a hinge plate 8, which is mountable on a cabinet component, such as a face frame member. The hinge plate 8 is generally rectangular in shape with opposing edges 10 and 12 and opposing ends 14 and 16. A first pair of opposing legs 18 and 20 depend from opposing edges 10 and 12 at or near one of the opposing ends 14, and a second pair of opposing legs 22 and 24 extend from the opposing edges 10 and 12 at or near the other of the opposing ends 16.

In an embodiment of the present invention, opposing legs 18 and 20, together with the portion of hinge plate 8 disposed between legs 18 and 20, define a generally C-shaped cross section. Likewise, opposing legs 22 and 24, together with the portion of hinge plate 8 disposed between opposing legs 22 and 24, define a generally C-shaped cross section. Alternatively, a single pair of opposing legs can extend from opposing edges 10 and 12 for the entire length of the hinge plate 8, likewise defining a generally C-shaped cross section. However, such an alternative requires additional engineering and manufacturing techniques, utilizes more manufacturing material, such as steel, and increases design and manufacturing costs.

FIG. 2 shows a perspective view of the hinge 2 of FIG. 1 mounted on a cabinet component, such as a face frame member 26 and a cabinet door 28 for an embodiment of the present invention. FIG. 3 is a side view of the hinge plate 8 of hinge 2 mounted on the face frame member 26 as shown in FIG. 2 for an embodiment of the present invention. As shown in FIG. 1, the hinge cup 4 is provided with openings 30 and 32 for receiving fasteners, such as fastening screws 34 and 36, for affixing the hinge cup to cabinet door 28. The hinge plate 8 is also provided with openings 38 and 40 for receiving fasteners, such as fastening screws 42 and 44, for affixing the hinge plate to the cabinet component, such as face frame member 26.

In an embodiment of the present invention, a manner or mode of using hinge 2 includes, for example, first affixing a pair of the hinges to cabinet door 28 with fastening screws 34 and 36 and then positioning the hinge plate 8 against an edge portion 50 of cabinet component 26 with opposing legs 18 and 20 against opposite surfaces of cabinet component 26 adjacent the edge portion of the cabinet component, and with opposing legs 22 and 24 likewise against opposite surfaces of cabinet component 26 adjacent the edge portion of the cabinet component. With the hinge plate 8 so positioned, the fastening screws 42 and 44 can then be inserted in openings 38 and 40 and screwed into the edge portion 50 of cabinet component 26.

In an embodiment of the present invention, opposing legs 18 and 20 are each perpendicular to hinge plate 8 and

US 6,167,590 B1

5

parallel to one another. Likewise, opposing legs 22 and 24 are each perpendicular to hinge plate 8 and parallel to one another. Further, in an embodiment of the present invention, opposing legs 18 and 20 are spaced apart from one another by a distance "D" that is at least as great as a thickness "T" of cabinet member 26, and opposing legs 22 and 24 are likewise spaced apart from one another by the distance "D" that is likewise at least as great as the thickness "T" of cabinet member 26. A reason for the parallel relationship and spacing of the respective pairs of opposing legs 18, 20 and 22, 24 is, for example, to facilitate mounting of the hinge plate 8 and its depending legs on the edge portion 50 of the cabinet component 26.

In an embodiment of the present invention, additionally, opposing legs 18 and 20 are spaced apart from one another by a distance "D" that is equal to a thickness "T" of cabinet member 26. A reason for such spacing is that when fastening screws 42 and 44 are inserted in openings 38 and 40 and screwed into the edge portion 50 of cabinet member 26, opposing legs 18, 20 and 22, 24 resting against the opposite surfaces of cabinet component 26 adjacent the edge portion, in confronting relationship with the opposite surfaces, provide support against splitting of the edge portion as fastening screws 42 and 44 are driven into the edge portion. Further, in order to accommodate a cabinet component, such as face frame member 26, which is relatively thin, in the range of about one-half inch to about five-eighths inch, the distance "D" between opposing legs 18 and 20 and between opposing legs 22 and 24 is not more than about one-half inch and is preferably about one-half inch or slightly less.

In an embodiment of the present invention, to provide additional support against such splitting of the edge portion of cabinet component 25, the pairs of opposing legs 18, 20 and 22, 24 depend a relatively long distance "H" from hinge plate 8. For example, the pairs of opposing legs 18, 20 and 22, 24 extend the distance "H" from hinge plate 8 that is about equal to the distance "D" that opposing legs 18 and 20 and opposing legs 22 and 24 are spaced from one another, or preferably a distance "H" of about one-half inch, although the distance can vary from about seven-sixteenths inch to about five-eighths inch. In other words, legs 18 and 22 can each extend a distance ranging from about seven-sixteenths inch up to about five-eighths inch, and legs 20 and 24 can each likewise extend a distance ranging from about seven-sixteenths inch up to about five-eighths inch.

In an embodiment of the present invention, while it is an important feature of the present invention that the opposing legs 18, 20 and 22, 24, respectively are parallel to one another, in order to further accommodate the positioning of hinge plate 8 against the edge portion 50 of cabinet component 26, the distal ends 46 and 48 of opposing legs 18 and 20, and the corresponding distal ends of opposing legs 22 and 24 can be flared slightly apart from one another. FIG. 4 is a side view of a hinge plate 9 of an alternate embodiment of the hinge 2 mounted on the face frame member 26. Thus the distal ends 46 and 48 of opposing legs 18 and 20 and the corresponding distal ends of opposing legs 22 and 24 can be spaced apart from one another by a distance "D" which is slightly greater than the distance "D" by which the respective parallel portions of opposing legs 18 and 20 and opposing legs 22 and 24 are spaced apart from one another.

In an embodiment of the present invention, as the opposing legs 18 and 20 and the opposing legs 22 and 24 furnish support against splitting of edge portion 50 when fastening screws 42 and 44 are driven into the edge portion of the cabinet component 26, it is advantageous to position fastening screw opening 38 in hinge plate 8 substantially

6

between opposing flanges 18 and 20 and to likewise position fastening screw opening 40 in hinge plate 8 substantially between opposing flanges 22 and 24. Further, for a like reason, it is advantageous that fastening screw openings 38 and 40 be substantially centered between opposing edges 10 and 12 of hinge plate 8.

In an embodiment of the present invention, while a single fastening screw opening can be utilized, it would require, for example, a somewhat larger fastening screw which would substantially increase the splitting problem. Thus, it is advantageous to use two fastening screws 42 and 44 instead of a single fastening screw. In order to accommodate a moderate degree of adjustment of the door 28 after it is mounted to the cabinet component 26 on hinge 2, the fastening screw openings 38 and 40 in the hinge plate 8 are slightly elongated. Thus, after driving screws 42 and 44 into the edge portion of cabinet component 26, the position of door 28 can be adjusted in a vertical direction relative to cabinet component 26 by loosening fastening screws 42 and 44.

FIG. 5 shows a rear perspective view of a hinge plate for another embodiment of the present invention; FIG. 6 shows a front perspective view of the hinge plate of FIG. 5; and FIG. 7 shows a side view of the hinge plate or FIG. 5 mounted on the face frame member 26. Referring to FIGS. 5, 6, and 7, hinge arm 6 extends from hinge plate 100 which is mountable on face frame member 26. Hinge plate 100 has opposing edges 102 and 104 and opposing ends 106 and 108. A rear flange 110 depends from rear edge 104, and tabs 112 and 114 depend from front edge 102, of hinge plate 100. Rear flange 110 extends from rear edge 104, for example, for the entire length of hinge plate 100 between ends 106 and 108. Front tabs 112 and 114 depend from front edge 102 at or near opposing ends 106 and 108, respectively. Hinge plate 100, rear flange 110, and front tabs 112 and 114, respectively, define a generally L-shaped cross section.

As shown in FIG. 5, rear flange 110 is provided with openings 116 and 118 for receiving fasteners, such as fastening screw 120 shown in FIG. 7, for affixing the rear flange 110 depending from hinge plate 100 to face frame member 26. Thus, in use, hinge cup 4 can be affixed to cabinet door 28 and hinge plate 100 can then be positioned on an edge portion 50 of face frame member 26 with rear flange 110 confronting a surface portion of face frame member 26 adjacent edge portion 50. With hinge plate 100 and rear flange 110 so positioned, fasteners, such fastening screw 120 can be inserted in openings 116 and 118 and screwed into surface portions of face frame member 26 adjacent edge portion 50.

This arrangement of inserting the fastening screws in surface portions rather than edge portion 50 of face frame member 26, for an embodiment of the present invention, takes advantage of a known characteristic of materials, such as MDF, which are generally denser and stronger at or near the surface than toward the center. In other words, the fastening screws are less likely to pull out of the material under the weight of the door on the hinge if screwed into surface portions rather than edge portion 50 In order to take further advantage of this known characteristic, and to assure inserting the fastening screws as far as possible away from edge portion 50, fastener openings 116 and 118 are disposed in flange 110 as near as possible to distal edge 122 of flange 110 and as far as possible away from rear edge 104 of hinge plate 100. Thus, rear flange 110 depends a relatively long distance "H" from hinge plate 100. For example, rear flange 110 extends a distance "H" from hinge plate 100 that is at least as great as the distance "D" between rear flange 110

US 6,167,590 B1

7

and front tabs 112 and 114, which distance can range from about one-half inch up to about three-fourths inch.

Referring further to FIGS. 5–6, rear flange 110 is substantially perpendicular to hinge plate 100, and substantially parallel to each of front tabs 112 and 114. Further, rear flange 110 is spaced apart from front tabs 112 and 114 by a distance "D" that is at least as great as a thickness "T" of face frame member 26. A reason for the parallel relationship and spacing of the rear flange 110 and front tabs 112 and 114 is, for example, to facilitate mounting of the hinge plate 100 on the edge portion 50 of face frame member 26. In the embodiment of the present invention illustrated in FIGS. 5–6, tabs 112 and 114 serve to facilitate positioning of the hinge plate 110 on edge portion 50. Since the fastening screws are driven into a surface portion of face frame member 26 instead of edge portion 50, there is no need, for example, for subjacent support against splitting of the edge portion. Therefore, tabs 112 and 114 can have an abbreviated length and can be little more than ledges.

Likewise referring to FIGS. 5–7, while a single fastening screw in a single fastening screw opening can be utilized, it would require a somewhat larger fastening screw, and preferably two fastening screws are inserted through two fastening screw openings 116 and 118. In order to accommodate a moderate degree of adjustment of the door 28 after it is mounted to door 28 on hinge 2, fastening screw openings 116 and 118 are slightly elongated. Thus, after driving the fastening screws into the surface portion of face frame member 26, the position of the door 28 can be adjusted in a vertical direction relative to the face frame member by loosening the fastening screws.

FIG. 8 shows a rear perspective view of a hinge plate for an additional embodiment of the present invention; FIG. 9 shows a front perspective view of the hinge plate of FIG. 8; and FIG. 10 shows a side view of the hinge plate of FIG. 8 mounted on the face frame member 26. Generally, the embodiment example illustrated in FIGS. 8–10 is identical to the embodiment example depicted in FIGS. 5–7, except, the front tabs 112 and 114 are omitted. The omission of tabs 112 and 114 result in a savings in terms of material (e.g., steel) without appreciably affecting the performance capabilities and utility of the hinge plate for an embodiment of the present invention.

FIGS. 11, 13, and 14 show elevational views of the rear flange with alternate embodiment fastening screw openings for the present invention. Referring the FIG. 11, fastening screw openings 116 and 118 are the same as depicted, for example, in FIGS. 8 and 5. Referring to FIG. 12, fastening screw openings 124 and 126 are somewhat elongated to permit a certain degree of adjustment of hinge 2 after it is mounted to face frame member 26. However, each of openings 124 and 126 are also open to terminal edge 122 of rear flange 110 to enable sliding the rear flange onto fastening screw premounted in face frame member 26 and easy removal of the rear flange by simply loosening the fastening screws without removing them. Referring to FIG. 13, fastening screw openings 128 and 130 are configured elongate with projections within the fastener openings according to our U.S. Pat. No. 5,884,364, incorporated herein by this reference, in order to pre-mount fastening screws within the openings before affixing rear flange 110 to face frame member 26. When the fastening screws are driven into face frame member 26, fastening screw openings 128 and 130 likewise permit a certain degree of adjustment of hinge 2.

Various preferred embodiments of the invention have been described in fulfillment of the various objects of the

8

invention. It should be recognized that these embodiments are illustrative of the principles of the present invention. Numerous modifications and adaptations thereof will be readily apparent to those skilled in the art without departing from the spirit and scope of the present invention. Accordingly, the invention is limited only by the following claims.

What is claimed is:

1. A mounting plate for a furniture hinge, comprising:

a hinge plate having opposing edges and opposing ends and adapted to be pivotably connected to a hinge component;

a flange depending from one of the opposing edges of the hinge plate and having an upper edge and a lower edge;

at least one fastener opening formed in the flange; and

at least one tab depending from the other of the opposing edges of the hinge plate, wherein said flange and said at least one tab are disposed to closely contact opposing sides of a furniture member when the mounting plate is installed, such that said at least one tab is disposed substantially opposite said at least one fastener opening, and

wherein the at least one tab depends from the hinge plate a distance which is less than a distance by which the flange depends from the hinge plate.

2. The mounting plate of claim 1, further comprising a hinge arm extending from the other of the opposing edges of the hinge plate.

3. The mounting plate of claim 1, wherein the hinge plate and depending flange define a substantially L-shaped cross section.

4. The mounting plate of claim 1, wherein the flange depends at an angle of substantially 90 degrees relative to the hinge plate.

5. The mounting plate of claim 1, wherein the opposing edges of the hinge plate are spaced from one another a distance which determines a width of the hinge plate, and the flange depends from the hinge plate a distance which is at least as great as the width of the hinge plate.

6. The mounting plate of claim 5, wherein the width of the hinge plate is substantially one-half inch.

7. The mounting plate of claim 5, wherein the width of the hinge plate is substantially five-eighths inch.

8. The mounting plate of claim 5, wherein the width of the hinge plate is substantially three-fourths inch.

9. The mounting plate of claim 5, wherein the flange depends from the hinge plate a distance which is equal to the width of the hinge plate.

10. The mounting plate of claim 9, wherein the width of the hinge plate is one-half inch.

11. The mounting plate of claim 9, wherein the width of the hinge plate is substantially five-eighths inch.

12. The mounting plate of claim 9, wherein the width of the hinge plate is substantially three-fourths inch.

13. The mounting plate of claim 5, wherein the flange depends from the hinge plate a distance which is greater than the width of the hinge plate.

14. The mounting plate of claim 13, wherein the width of the hinge plate is substantially one-half inch.

15. The mounting plate of claim 13, wherein the width of the hinge plate is substantially five-eighths inch.

16. The mounting plate of claim 13, wherein the width of the hinge plate is substantially three-fourths inch.

17. The mounting plate of claim 1, wherein the fastener opening is disposed proximate the lower edge of the flange.

18. The mounting plate of claim 1, wherein the fastener opening is disposed nearer to the lower edge of the flange than the upper edge of the flange.

US 6,167,590 B1

9

**19.** The mounting plate of claim **1**, further comprising a second fastener opening spaced from said at least one fastener opening.

**20.** The mounting plate of claim **19**, wherein the fastener openings are elongate.

**21.** The mounting plate of claim **20**, wherein the fastener openings are open to the lower edge of the flange.

10

**22.** The mounting plate of claim **20**, wherein the fastener openings include projections within the fastener openings.

**23.** The mounting plate of claim **1**, further comprising a second tab depending from the other of the opposing edges of the hinge plate.

* * * * *



US006170121B1

(12) **United States Patent**

Domenig

(10) Patent No.:     **US 6,170,121 B1**

(45) Date of Patent:     **Jan. 9, 2001**

(54) **FURNITURE HINGE MOUNTING PLATE**

(75) Inventor:     **Georg Domenig**, Kernersville, NC (US)

(73) Assignee:     **Grass America, Inc.**, Kernersville, NC (US)

( * ) Notice:     Under 35 U.S.C. 154(b), the term of this patent shall be extended for 0 days.

(21) Appl. No.: **09/271,694**

(22) Filed:     **Mar. 18, 1999**

(51) Int. Cl.[7] ......................................................... E05D 5/00
(52) U.S. Cl. ................................. **16/382**; 16/236; 16/252
(58) Field of Search ............................... 16/235, 236, 237, 16/252, 382, 239, 240

(56)                  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 34,995 | * 7/1995 | Domenig | 16/237 |
| 259,318 | * 6/1882 | Kirk | 16/252 |
| 695,666 | * 3/1902 | Bommer | 16/252 |
| 4,290,167 | 9/1981 | Lautenschlager | 16/129 |
| 4,554,706 | 11/1985 | Rock et al. | 16/237 |
| 5,327,616 | * 7/1994 | Lautenschlager | 16/382 |
| 5,355,559 | 10/1994 | Bowers et al. | 16/389 |

| | | | |
|---|---|---|---|
| 5,375,297 | 12/1994 | Lautenschlager et al. | 16/249 |
| 5,392,493 | 2/1995 | Youngdale | 16/237 |
| 5,412,841 | 5/1995 | Lautenschlager et al. | 16/249 |
| 5,414,896 | 5/1995 | Domenig | 16/248 |
| 5,454,144 | 10/1995 | Rupprecher | 16/382 |
| 5,603,142 | * 2/1997 | Dubach et al. | 16/247 |
| 5,617,612 | * 4/1997 | Ferrari et al. | 16/278 |
| 5,655,261 | * 8/1997 | Cress | 16/286 |
| 5,826,305 | * 10/1998 | Domenig et al. | 16/235 |

* cited by examiner

*Primary Examiner*—Chuck Y. Mah
(74) *Attorney, Agent, or Firm*—Kilpatrick Stockton, LLP

(57)                  **ABSTRACT**

A mounting plate for a furniture hinge includes a hinge plate which is adapted to be pivotally connected to a hinge component, such as a hinge cup, at least one pair, and preferably two pairs of opposing legs, depending from the hinge plate, and a fastener opening formed in the hinge plate between the opposing legs. The opposing legs are spaced apart from one another and depend from the hinge plate parallel to one another. Further, the opposing legs extend from the hinge plate a distance which is at least as great as or equal to the distance by which the opposing legs are spaced from one another.

**17 Claims, 3 Drawing Sheets**



**EXHIBIT B**



FIG. 1



FIG. 2



FIG. 3

FIG. 4

US 6,170,121 B1

| 1 | 2 |

# FURNITURE HINGE MOUNTING PLATE

## FIELD OF THE INVENTION

The present invention relates generally to furniture hinges, and more particularly, to a mounting plate for mounting a hinge on a furniture article, such as a desk or cabinet, which in turn supports a door on the furniture article.

## BACKGROUND OF THE INVENTION

In the cabinetry industry, a typical construction feature, for example, in cabinets which are provided with doors, is a face frame on which the door is supported and hinged. The face frame members are affixed, for example, to an opening in the cabinet, and a pair of concealed hinges are affixed to an edge one of the face frame members and the door. Typically, the face frame member to which the hinges are affixed is made of a relatively strong material, such as hardwood, and has a thickness in the range, for example of about one-half inch to about five-eighths inch to about three fourths inch.

A customary mounting method of affixing the concealed hinge to the face frame member utilizes a hinge mounting plate which is positioned on an edge of the face frame member and fastened to the face frame member with one or more fasteners, such as fastening screws, inserted through one or more openings in the mounting plate and into, for example, one or more corresponding pre-drilled holes in the face frame member. Alternatively, the face frame may be omitted entirely, for example, in frameless cabinets, and the hinge plate may be affixed directly to an edge of a cabinet wall member in a substantially similar way.

The customary method of affixing concealed hinges works well, for example, on cabinet components made of relatively strong materials, such as hardwood. However, serious problems are encountered when attempts are made to employ the customary method of affixing concealed hinges, for example, to less expensive materials, which are not as strong as hardwood, such as medium density fiberboard (MDF). For example, attempts to employ the customary method of affixing concealed hinges in cabinetry by the manufactured home or mobile some industry, where MDF is typically used, have been unsuccessful.

Reasons for the lack of success in the manufactured home or mobile home industry are, for example, that when fasteners, such as fastening screws, are used in an edge of an MDF cabinet component, such as a face frame member, which ranges in thickness from about one-half inch to about five-eighths inch to about three-fourths inch (but which is most typically about one-half inch), the fastener tends to cause the cabinet component to split, and the fastener tends to pull out of the MDF cabinet component under the weight of the door supported by the hinge. Accordingly, other types of hinges, such as surface mounted hinges, are typically used for such purposes, rather than more esthetically pleasing edge mounted concealed hinges.

## SUMMARY OF THE INVENTION

It is a feature and advantage of the present invention to provide a furniture hinge for a mounting plate which is inexpensive to make, easy to use, and which enables use, for example, of concealed, edge-mounted type hinges on relatively weak and/or relatively thin cabinet components.

To achieve the stated and other features, advantages and objects of the present invention, an embodiment of the present invention provides a mounting plate for a furniture hinge which includes a hinge plate with opposing edges and opposing ends, and which is adapted to be pivotably connected to a hinge component, such as a hinge cup, at least one pair of opposing legs depending from the opposing edges of the hinge plate, and a fastener opening formed in the hinge plate between the opposing legs. The opposing legs depend from the hinge plate parallel to one another, are spaced apart from one another by a predetermined distance, and at least one of the opposing legs extends from the hinge plate a distance which is at least as great as the predetermined distance by which the opposing legs are spaced from one another, or the opposing legs can extend from the hinge plate a distance which is equal to the predetermined distance by which the opposing legs are spaced from one another.

In an embodiment of the present invention, in order to accommodate mounting on a cabinet component of a type used in manufactured or mobile homes made, for example, of relatively thin particle board, the opposing legs are spaced from one another by a distance of about one-half inch, more or less. Further, the fastener opening is centered on the hinge plate between the opposing legs. Each of the opposing legs has a distal end portion, and the distal end portions can be flared apart from one another to facilitate mounting on the furniture component. In order to accommodate vertical adjustment of a door supported by the hinge on a cabinet component, the fastener opening can be elongated. A hinge arm extends from one of the opposing edges of the mounting plate and is pivoted to the hinge component, such as the hinge cup, which is fastened, for example, in a recess formed in the door.

In an embodiment of the present invention, the hinge plate also has a second pair of opposing legs depending from the opposing edges of the hinge plate and a second fastener opening formed in the hinge plate between the second pair of opposing from the respective pairs of opposing legs are spaced apart from one another and depend from the opposing edges adjacent the opposing ends of the hinge plate. The opposing legs of each pair depend parallel to one another, and the opposing legs of each pair are spaced apart from one another by a predetermined distance, and at least one opposing leg of each pair extends from the hinge plate a distance which is at least as great as the predetermined distance.

In an embodiment of the present invention, in order to accommodate mounting on a cabinet component of the type used in manufactured or mobile homes, the opposing legs of each pair are spaced from one another a distance of about one-half inch, more or less. Further, each of the fastener openings is centered on the hinge plate between the opposing legs of each pair of opposing legs. Each of the opposing legs has a distal end portion which can be flared apart from one another to accommodate mounting on a furniture component. Each fastener opening is elongated to allow vertical adjustment of the door relative to the furniture component, and a hinge arm extends from one of the opposing edges of the mounting plate and is pivoted to the hinge cup.

Additional objects, advantages and novel features of the present invention will be set forth in part in the description which follows, and in part with become more apparent to those skilled in the art upon examination of the following or may be learned by practice of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows a perspective view of a hinge for an embodiment of the present invention;

FIG. 2 shows a perspective view of the hinge of FIG. 1 mounted on a cabinet component, such as a face frame

US 6,170,121 B1

3

member, and a cabinet door for and embodiment of the present invention;

FIG. 3 is a side view of a hinge plate of the hinge mounted on the face frame member, as shown in FIG. 2, for an embodiment of the present invention; and

FIG. 4 is a side view of a hinge plate of an alternate embodiment of the hinge mounted on the face frame member for an embodiment of the present invention.

DETAILED DESCRIPTION

Referring now in detail to an embodiment of the present invention, an example, of which is illustrated in the accompanying drawings, FIG. 1 shows a perspective view of the hinge 2 for an embodiment of the present invention. The hinge 2 includes a hinge cup 4 which is mountable, for example, in a recess of a cabinet door and a hinge arm 6, which is pivotably connected to the hinge cup 4. The hinge arm 6 extends from a hinge plate 8, which is mountable on a cabinet component, such as a face frame member. The hinge plate 8 is generally rectangular in shape with opposing edges 10 and 12 and opposing ends 14 and 16. A first pair of opposing legs 18 and 20 depend from opposing edges 10 and 12 at or near one of the opposing ends 14, and a second pair of opposing legs 22 and 24 extend from the opposing edges 10 and 12 at or near the other of the opposing ends 16.

In an embodiment of the present invention, opposing legs 18 and 20, together with the portion of hinge plate 8 disposed between legs 18 and 20, define a generally C-shaped cross section. Likewise, opposing legs 22 and 24, together with the portion of hinge plate 8 disposed between opposing legs 22 and 24, define a generally C-shaped cross section. Alternatively, a single pair of opposing legs can extend from opposing edges 10 and 12 for the entire length of the hinge plate 8, likewise defining a generally C-shaped cross section. However, such an alternative requires additional engineering and manufacturing techniques, utilizes more manufacturing material, such as steel, and increases design and manufacturing costs.

FIG. 2 shows a perspective view of the hinge 2 of FIG. 1 mounted on a cabinet component, such as a face frame member 26 and a cabinet door 28 for an embodiment of the present invention. FIG. 3 is a side view of the hinge plate 8 of hinge 2 mounted on the face frame member 26 as shown in FIG. 2 for an embodiment of the present invention. As shown in FIG. 1, the hinge cup 4 is provided with openings 30 and 32 for receiving fasteners, such as fastening screws 34 and 36, for affixing the hinge cup to cabinet door 28. The hinge plate 8 is also provided with openings 38 and 40 for receiving fasteners, such as fastening screws 42 and 44, for affixing the hinge plate to the cabinet component, such as face frame member 26.

In an embodiment of the present invention, a manner or mode of using hinge 2 includes, for example, first affixing a pair of the hinges to cabinet door 28 with fastening screws 34 and 36 and then positioning the hinge plate 8 against an edge portion 50 of cabinet component 26 with opposing legs 18 and 20 against opposite surfaces of cabinet component 26 adjacent the edge portion of the cabinet component, and with opposing legs 22 and 24 likewise against opposite surfaces of cabinet component 26 adjacent the edge portion of the cabinet component. With the hinge plate 8 so positioned, the fastening screws 42 and 44 can then be inserted in openings 38 and 40 and screwed into the edge portion 50 of the cabinet component 26.

In an embodiment of the present invention, opposing legs 18 and 20 are each perpendicular to hinge plate 8 and

4

parallel to one another. Likewise, opposing legs 22 and 24 are each perpendicular to hinge plates 8 and parallel to one another. Further, in an embodiment of the present invention, opposing legs 18 and 20 are spaced apart from one another by a distance "D" that is at least as great as a thickness "T" of cabinet member 26, and opposing legs 22 and 24 are likewise spaced apart from one another by the distance "D" that is likewise at least as great as the thickness "T" of cabinet member 26. A reason for the parallel relationship and spacing of the respective pairs of opposing legs 18, 20 and 22, 24 is, for example, to facilitate mounting of the hinge plate 8 and its depending legs on the edge portion 50 of the cabinet component 26.

In an embodiment of the present invention, additionally, opposing legs 18 and 20 are spaced apart from one another by a distance "D" that is equal to a thickness "T" of cabinet member 26. A reason for such spacing is that when fastening screws 42 and 44 are inserted in openings 38 and 40 and screwed into the edge portion 50 of cabinet member 26, opposing legs 18, 20 and 22, 24 resting against the opposite surfaces of cabinet component 26 adjacent the edge portion, in confronting relationship with the opposite surfaces, provide support against splitting of the edge portion as fastening screws 42 and 44 are driven into the edge portion. Further, in order to accommodate a cabinet component, such as face frame member 26, which is relatively thin, in the range of about one-half inch to about five-eighths inch, the distance "D" between opposing legs 18 and 20 and between opposing legs 22 and 24 is not more than about one-half inch and is preferably about one-half inch or slightly less.

In an embodiment of the present invention, to provide additional support against such splitting of the edge portion of cabinet component 25, the pairs of opposing legs 18, 20 and 22, 24 depend a relatively long distance "H" from hinge plate 8. For example, the pairs of opposing legs 18, 20 and 22, 24 extend the distance "H" from hinge plate 8 that is about equal to the distance "D" that opposing legs 18 and 20 and opposing legs 22 and 24 are spaced from one another, or preferably a distance "H" of about one-half inch, although the distance can vary from about seven-sixteenths inch to about five-eighths inch. In other words, legs 18 and 22 can each extend a distance ranging from about seven-sixteenths inch up to about five-eighths inch and legs 20 and 24 can each likewise extend a distance ranging from about seven-sixteenths inch up to about five-eighths inch.

In an embodiment of the present invention, while it is an important feature of the present invention that the opposing legs 18, 20 and 22, 24, respectively are parallel to one another, in order to further accommodate the positioning of hinge plate 8 against the edge portion 50 cabinet component 26, the distal ends 46 and 48 of opposing legs 18 and 20, and the corresponding distal ends of opposing legs 22 and 24 can be flared slightly apart from one another. FIG. 4 is a side view of a hinge plate 9 of an alternate embodiment of the hinge 2 mounted on the face frame member 26. Thus the distal ends 46 and 48 of opposing legs 18 and 20 and the corresponding distal ends of opposing legs 22 and 24 can be spaced apart from one another by a distance "D" which is slightly greater than the distance "D" by which the respective parallel portions of opposing legs 18 and 20 and opposing legs 22 and 24 are spaced apart from one another.

In an embodiment of the present invention, as the opposing legs 18 and 20 and the opposing legs 22 and 24 furnish support against splitting of edge portion 50 when fastening screws 42 and 44 are driven into the edge portion of the cabinet component 26, it is advantageous to position fastening screw opening 38 in hinge plate 8 substantially

US 6,170,121 B1

5

between opposing flanges **18** and **20** and to likewise position fastening screw opening **40** in hinge plate **8** substantially between opposing flanges **22** and **24**. Further, for a like reason, it is advantageous that fastening screw openings **38** and **40** be substantially centered between opposing edges **10** and **12** of hinge plate **8**.

In an embodiment of the present invention, while a single fastening screw opening can be utilized, it would require, for example, a somewhat larger fastening screw which would substantially increase the splitting problem, Thus, it is advantageous to use two fastening screws **42** and **44** instead of a single fastening screw. In order to accommodate a moderate degree of adjustment of the door **28** after it is mounted to the cabinet component **26** on hinge **2**, the fastening screw openings **38** and **40** in the hinge plate **8** are slightly elongated. Thus, after driving screws **42** and **44** into the edge portion of cabinet component **26**, the position of door **28** can be adjusted in a vertical direction relative to cabinet component **26** by loosening fastening screws **42** and **44**.

Various preferred embodiments of the present invention have been described in fulfillment of the various objects of the invention. It should be recognized that these embodiments are merely illustrative of the principles of the present invention. Numerous modifications and adaptations thereof will be readily apparent to those skilled in the art without departing from the spirit and scope of the present invention. Accordingly, the invention is limited only by the following claims.

What is claimed is:

1. A mounting plate for a furniture hinge, comprising:

a hinge plate having opposing edges and opposing ends and adapted to be pivotably connected to a hinge component;

at least one pair of opposing legs depending parallel to one another from the opposing edges of the hinge plate; and

a fastener opening formed in the hinge plate between the opposing legs, wherein the at least one pair of opposing legs are adapted to extend from the hinge plate along opposite surfaces of a furniture member on which the mounting plate may be installed, whereby the opposing legs provide subjacent support for the opposing surfaces of the furniture member such that a fastener inserted through the fastener opening edgewise into the furniture member is securely held without splitting the furniture member, and

wherein the opposing legs are spaced from one another a predetermined distance, and at least one of the oppos-

6

ing legs extends from the hinge plate a distance which is at least as great as the predetermined distance.

2. The mounting plate of claim 1, wherein the opposing legs extend from the hinge plate a distance which is equal to the predetermined distance.

3. The mounting plate of claim 2, wherein the predetermined distance is one-half inch.

4. The mounting plate of claim 2, wherein the predetermined distance is less than one-half inch.

5. The mounting plate of claim 2, wherein the fastener opening is centered on the hinge plate between the opposing legs.

6. The mounting plate of claim 5, wherein each of the opposing legs has a distal end portion, and the distal end portions are flared apart from one another.

7. The mounting plate of claim 6, wherein the fastener opening is elongated.

8. The mounting plate of claim 7, wherein the mounting plate further comprises a hinge arm extending from one of the opposing edges of the hinge plate.

9. The mounting plate of claim 1, further comprising a second pair of opposing legs depending from the opposing edges of the hinge plate and a second fastener opening formed in the hinge plate between the second pair of opposing legs.

10. The mounting plate of claim 9, wherein the respective pairs of opposing legs are spaced from one another and depend from the opposing edges adjacent the opposing ends of the hinge plate.

11. The mounting plate of claim 10, wherein the predetermined distance is about one-half inch.

12. The mounting plate of claim 10, wherein the predetermined distance is less than one-half inch.

13. The mounting plate of claim 10, wherein the opposing legs of each pair extend from the hinge plate a distance which is equal to the predetermined distance.

14. The mounting plate of claim 13, wherein each of the fastener openings is centered on the hinge plate between the opposing legs of each pair of opposing legs.

15. The mounting plate of claim 14, wherein each of the opposing legs has a distal end portion, and the distal end portions of each pair of opposing legs are flared apart from one another.

16. The mounting plate of claim 15, wherein each fastener opening is elongated.

17. The mounting plate of claims 16, wherein the mounting plate further comprises a hinge arm extending from one of the opposing edges of the hinge plate.

\* \* \* \* \*

# Exhibit C



Top View



Side View



Rear View

**EXHIBIT C**