IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

GRASS AMERICA, INC.,

    Plaintiff,

vs.                                CASE NO. CV505-68

HARDWARE RESOURCES, INC.,

    Defendant.

## ORDER

Before the Court is the parties' Stipulation of Dismissal Without Prejudice. (Doc. 15.) Therein, the parties state that they have agreed to litigate the dispute that gave rise to this action in a case currently pending in the United States District Court for the Southern District of South Carolina. The stipulation is signed by counsel representing Plaintiff and Defendant, and it complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(ii). Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED, this 12th day of April, 2007.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA